# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROSA ANGELICA PEREZ,<br><br>Defendant. | CASE NO.:  24-CR-1026-W<br><br>ORDER GRANTING JOINT MOTION TO CONTINUE MOTION HEARING<br><br>[Doc. 26] |

Good cause having been shown **IT IS HEREBY ORDERED** that the Motion Hearing / Trial Setting currently scheduled for June 3, 2024, at 9:00 a.m. to **August 5, 2024, at 9:00 a.m.** For reasons stated in the joint motion, the court finds the ends of justice served by granting the continuance outweigh the best interest of the public and the defendants in a speedy trial.

It is further **ORDERED** that the period of delay from the filing of the joint motion until August 5, 2024, shall be excluded in computing time with which the trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161.

It is further **ORDERED** that the earlier filed joint motion to continue (Doc. 24) is denied as moot.

**IT IS SO ORDERED.**

Dated: May 31, 2024

Hon. Thomas J. Whelan
United States District Judge