1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
(THE HONORABLE JUDGE WHELAN)

8  UNITED STATES OF AMERICA,         Case No.: 24CR1026-W

9              Plaintiff,            Order for U.S. Probation to Produce
                                     Documents
10     v.

11  ROSA ANGELICA PEREZ,

12             Defendant.

13     **IT IS HEREBY ORDERED** that United States Probation is to produce any
14  and all documentation supporting the allegations to Mr. Perez's defense counsel.
15  Specifically, United States Probation is to produce the following:

16     1. Any and all reports, Chronos and/or notes by U.S. Probation Office
17        memorializing encounters and communications with Ms. Perez and Probation
18        Officer since November 18, 2024.

19     2. Any video or audio of meetings or communications with Ms. Perez since
20        November 18, 2024 pertaining to allegations of noncompliance and supervision
21        adjustment.

22     3. Any and all statements related to allegations of noncompliance and supervision
23        adjustment made by Ms. Perez to any law enforcement officer, including U.S.
24        Probation.

25     4. Jencks Act Material: Ms. Perez requests all material to which she is entitled
26        pursuant to the Jencks Act, 18 U.S.C. § 3500, and Fed. R. Crim. P. 26.2.

27
28

1

5. Any other evidence the Government will rely on in proving the allegations against Ms. Perez.

**SO ORDERED.**

DATED: _4/16/25_          By: _____
                              HON. THOMAS J. WHELAN
                              United States District Judge